IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER ELEVEN |
| | : | |
| ADELPHIA COMMUNICATIONS CORPORATION | : | CASE: 02-41729 (Bankr. S.D.N.Y.) |
| DEBTOR | : | |
| | : | |
| LOUIS PAGNOTTI, INC., CHARLES E. PARENTE, SR., CHARLES E. PARENTE, JR., BRIAN PARENTE, MARLA PARENTE SGARLAT and JOHN PARENTE t/a BRYNFAN ASSOCIATES, a Florida General Partnership, | : | |
| PLAINTIFFS | : | |
| | : | |
| v. | : | |
| | : | |
| DELOITTE & TOUCH, LLP | : | |
| Defendant/Third-Party Plaintiff | : | |
| | : | |
| v. | : | {**Nature of Proceeding**: Plaintiffs' Motion for Remand or, in the Alternative, Abstention (Doc. 11A)} |
| JOHN RIGAS, TIMOTHY RIGAS, MICHAEL RIGAS and JAMES RIGAS | : | |
| Third Party Defendants | : | ADVERSARY NO.: 5-04-ap-50003 |

# ORDER

For those reasons indicated in the Opinion filed this date, **IT IS HEREBY**

**ORDERED** that *Plaintiffs' Motion for Remand or, in the Alternative, Abstention* is granted. The present cause of action is remanded to the Court of Common Pleas of Luzerne County, Pennsylvania.

Date: May 26, 2004

John J. Thomas, Bankruptcy Judge

(CMS)

*This electronic order is signed and filed on the same date.*